UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22000-CIV-UNGARO/O'SULLIVAN

ELMON WALTERS, ALIX PROVENCE,
CHARLENE BLACKSHEAR,
CEDRIC JORDAN and all others
similarly situated,

    Plaintiffs,

v.

AMERICAN COACH LINES OF MIAMI,
INC., a Florida Corporation,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiffs' Motion to Compel Responses to Discovery Requests (DE # 40, 12/27/07).  Having reviewed the applicable filings and law, it is

ORDERED AND ADJUDGED that the Plaintiffs' Motion to Compel Responses to Discovery Requests (DE # 40, 12/27/07) is GRANTED in part and DENIED in part in accordance with this Order.

The motion is DENIED as to Interrogatory number four (4) - unrelated lawsuits. The information from unrelated lawsuits is not relevant and is not reasonably calculated to lead to the discovery of admissible evidence.  The plaintiff is not entitled to discover information about lawsuits to which the defendant has been a party that do not relate to employment issues.  See, e.g. Prouty v. National R. Passenger Corp., 99 F.R.D. 545 (D.D.C. 1983).

The motion is GRANTED as to pricing information.  This information is relevant and may lead to admissible evidence.  The information is to be used in this lawsuit only and is for attorneys eyes only.  The information shall not be shared with the individual plaintiffs.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **5th** day of February, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Graham
All Counsel of Record