UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22000-CIV-UNGARO/SIMONTON

ELMON WALTERS, ALIX PROVENCE,
CHARLENE BLACKSHEAR, CEDRIC
JORDAN and all others similarly situated,
    Plaintiffs,

v.

AMERICAN COACH LINES OF
MIAMI, INC., a Florida corporation,
    Defendant.
_____/

## ORDER EXPEDITING RESPONSE

THIS CAUSE is before the Court on Plaintiffs' Motion for Clarification of Order on Defendant's Motion for Summary Judgment, filed May 21, 2009 (D.E. 215).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that Defendant SHALL file its Response to the Motion for Clarification on or before **May 27, 2009 at noon**. No reply will be permitted.

DONE AND ORDERED in Chambers, Miami, Florida, this 21 day of May, 2009.

                              URSULA UNGARO
                              UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record