UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22000-CIV-UNGARO/SIMONTON

ELMON WALTERS, ALIX PROVENCE,
CHARLENE BLACKSHEAR, CEDRIC
JORDAN and all others similarly situated,
               Plaintiffs,

v.

AMERICAN COACH LINES OF
MIAMI, INC., a Florida corporation,
               Defendant.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte.*

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that the parties shall be prepared to address at the Pretrial Conference the (i) case law cited in the briefs on Plaintiff's Motion for Clarification, (ii) the Department of Transportation's Notice of Interpretation, **and (iii) 29 C.F.R. § 782.2.**

DONE AND ORDERED in Chambers, Miami, Florida, this 28th day of May, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record